(78 South. 989)

LONG v. BROWN et al. (1 Div. 992.) (Supreme Court of Alabama. April 2, 1918.) Appeal from Law and Equity Court, Monroe County; W. G. McCorvey, Judge. Action between J. C. Long and J. L. Brown and others. From the judgment rendered, Long appeals. Appeal dismissed. Charles Hybart, of Monroeville, for appellant.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(78 South. 989)

MORRIS v. HAMM. (8 Div. 81.) (Supreme Court of Alabama. April 4, 1918.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. R. T. Simpson, of Florence, for appellant. Mitchell & Hughston, of Florence, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(78 South. 989)

ODEN ELLIOTT LUMBER CO. v. LOUISVILLE & N. R. CO. (6 Div. 759.) (Supreme Court of Alabama. April 18, 1918.) Certiorari to Court of Appeals. Allen, Fisk & Townsend, of Birmingham, for appellant. Tillman, Bradley & Morrow, of Birmingham, for appellee.

PER CURIAM. Petition of the Oden-Elliott Lumber Company for certiorari to the Court of Appeals to review and revise the judgment and decision of said court rendered in the cause of Oden-Elliott L. Co. v. L. & N. R. R. Co., 79 South. 400. Writ denied.

---

(78 South. 989)

ORTON v. ORTON et al. (6 Div. 786.) (Supreme Court of Alabama. April 19, 1918.) Appeal from Probate Court, Winston County; John S. Curtis, Judge. W. C. Davis, of Jasper, for appellees.

PER CURIAM. Affirmed on certificate.

---

(78 South. 989)

OWENS v. STATE. (8 Div. 34.) (Supreme Court of Alabama. April 4, 1918.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. Tom Owens was convicted of an offense, and he appeals. Affirmed. John D. Rather, Jr., and A. H. Carmichael, both of Tuscumbia, for appellant. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

SAYRE, J. The record proper and the bill of exceptions in this case have had due consideration. The court finds no error, nor any question requiring extended argument. The judgment of conviction is affirmed. Affirmed.

ANDERSON, C. J., and McCLELLAN and GARDNER, JJ., concur.

---

(78 South. 990)

POLLAK v. STOUTS MOUNTAIN COAL & COKE CO. et al. (6 Div. 702.) (Supreme Court of Alabama. May 16, 1918.) Appeal from Circuit Court, Cullman County; R. C. Brickell, Judge. Bill by Helene Pollak, as administratrix, against the Stouts Mountain Coal & Coke Company and others. Decree for defendants, and plaintiff appeals. Affirmed. Callahan & Harris, of Decatur, for appellant. A. Latady, of Birmingham, and F. E. St. John, of Cullman, for appellees.

MAYFIELD, J. This is the third appeal in this case. See reports of case on former appeals. 184 Ala. 331, 63 South. 532; Stouts Mountain Coal & Coke Co. v. Ballard, 195 Ala.

283, 70 South. 172. The law of the case was fully settled on the former appeals. On the final hearing on the pleadings and the proof, the trial judge dismissed the bill, and complainant appeals. The trial court seems to have followed the law applicable to the evidence in the case, as declared by this court on the former appeals, and we concur in his conclusion that the complainant wholly failed. The decree of the trial court dismissing the bill is in all things affirmed. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

(78 South. 990)

ROBINSON MINING CO. v. BOYD. (6 Div. 595.) (Supreme Court of Alabama. April 16, 1918.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. Erle Pettus and Ritter & Wynn, all of Birmingham, for appellant. M. L. Ward, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement at appellee's cost.

---

(78 South. 990)

SMALLMAN BRICE CO. v. BLYTHE. (6 Div. 615.) (Supreme Court of Alabama. April 16, 1918.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. J. B. Aird, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(78 South. 990)

SOUTHERN EXPRESS CO. v. MALONE. (8 Div. 119.) (Supreme Court of Alabama. April 11, 1918.) Certiorari to Court of Appeals. Eyster & Eyster, of Albany, for appellant. Tennis Tidwell, of Albany, for appellee.

McCLELLAN, J. Petition of the Southern Express Company for certiorari to the Court of Appeals to review and revise the judgment of such court in the case of So. Ex. Co. v. Malone, 78 South. 408. Writ denied.

---

(78 South. 990)

Ex parte STATE. KRAMER v. STATE. (6 Div. 776.) (Supreme Court of Alabama. May 9, 1918.) Certiorari to Court of Appeals. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for appellant. F. E. St. John, of Cullman, for appellee.

PER CURIAM. Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment of said court reversing and remanding the appeal of Joe H. Kramer v. State, 78 South. 719; said decision being rendered February 26, 1918. Writ denied.

---

(78 South. 990)

STATE ex rel. GORDON et al. v. MALONEY et al. (6 Div. 664.) (Supreme Court of Alabama. April 16, 1918.) Appeal from Circuit Court, Jefferson County; Charles W. Ferguson, Judge. Percy, Benners & Burr, of Birmingham, for appellants. Alex C. Birch, of Birmingham, for appellees.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(78 South. 990)

WILKINSON COUNTY v. ALABAMA FIDELITY, MORTGAGE & BOND CO. (3 Div. 342.) (Supreme Court of Alabama. Feb. 16, 1918.) Appeal from Circuit Court, Montgomery County; Gaston Gunter, Judge. Rushton, Williams & Crenshaw, of Montgomery, for appellant. John R. Tyson, of Montgomery, for appellee.

PER CURIAM. Appeal dismissed by agreement.